JOHN W. GIBERSON, Respondent, v. BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant. (Action No. 1.) JOHN W. GIBERSON, Respondent, v. BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY. (Action No. 2.) VERA GIBERSON, an Infant, etc., Respondent, v. BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant. CORA GIBERSON, Respondent, v. BUFFALO, ROCHESTER AND PITTSBURGH RAILWAY COMPANY, Appellant.— Appeals dismissed unless appellant shall file and serve printed records and briefs by February twentieth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Application of GEORGE C. BEWLEY, Petitioner, for an Order of Mandamus against the CITY OF LOCKPORT and Others, Respondents.— Appeal dismissed unless ready for argument January ninth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FRANCIS L. WALSH, Respondent, v. SELDEN TRUCK CORPORATION, Respondent. SELDEN TRUCK CORPORATION, Respondent, v. MARTIN KERNER, Doing Business under the Assumed Name of KERNER MOTOR TRUCK COMPANY, Appellant. (Action No. 3.) SELDEN TRUCK CORPORATION, Respondent, v. MARTIN A. KERNER, Appellant. (Action No. 4.) SELDEN TRUCK CORPORATION, Respondent, v. MARTIN KERNER, Doing Business under the Assumed Name of KERNER MOTOR TRUCK COMPANY, Appellant. (Action No. 6.)— Motion granted and appeals dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Appointment of Hon. S. NELSON SAWYER as an Official Referee.— Order entered appointing Hon. S. Nelson Sawyer as an official referee. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FRANK P. HUNT, Appellant, v. JOSEPH BYRNES, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

LOUIS TROYAN, Respondent, v. NATHAN MOHILEWSKY and Another, Appellants. — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARTIN G. PHILLIPS, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MILLARD F. RILEY, JR., Respondent, v. ERNEST STRINGHAM, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GIOVANNI DISILVESTRO, as President, etc., and Others, Respondents, v. SONS OF ITALY, GRAND LODGE, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

GEORGE H. WORTENDYKE and Another, Respondents, v. ERNEST BOWEN, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WILLIAM H. WAGNER, Respondent, v. ROBERT EARL, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide the event, on the ground that the verdict of the jury to the effect that the defendant obligated himself personally to pay the compensation sued for was against the weight of the evidence. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.